Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

TYRONE PITTS,

   Plaintiff(s)

v.

HOWARD UNIVERSITY,

   Defendant(s)

Civil Action No. 13-1398 (JEB)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable JAMES E. BOASBERG, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

take nothing on the complaint against the defendant(s):

and that the said defendant(s) have and recover costs from the said plaintiff(s).

ANGELA D. CAESAR, Clerk

Dated: 11/20/2015

By: T. Gumiel
Deputy Clerk